**United States District Court**
**Southern District of Ohio**
**Western Division**

Brian Johnston,
    Plaintiff                               No. C-1-01-275

vs.

Peck Hannaford & Briggs Service
Corporation, Inc.,
    Defendant                         **ORDER**

      A status conference has been set for June 7, 2004 at 10:00 a.m. in the chambers of the undersigned, Room 716, Potter Stewart U.S. Courthouse, 100 E. 5th St., Cincinnati, Ohio. In addition to the setting of a trial date for this matter, settlement will be explored. Therefore, defendant is required to have a representative present with settlement authority.

Date:  5/24/04                                   s/Timothy S. Black
                                                     Timothy S. Black
                                                     United States Magistrate Judge