UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRIAN JOHNSTON,
    Plaintiff,　　　　　　　　　　　　　　　Civil Action No: 1:01-cv-275

　　　　　　　　　　　　　　　　　　　　　　　　Black, M.J.

vs.

PECK, HANNAFORD & BRIGGS
SERVICE CORPORATION,
    Defendant　　　　　　　　　　　　　　**CALENDAR ORDER**

This case was before the Court for a status conference on June 7, 2004. All parties were present and agreed that the case shall proceed as follows:

1. Defendant may take plaintiff's deposition on Friday, **June 18, 2004, at 10:00 a.m.**;

2. All discovery shall be completed on or before **July 23, 2004**;

3. Dispositive motions shall be filed on or before **July 23, 2004;**

4. Pursuant to local rule, responses in opposition to dispositive motions shall be filed **within twenty-one (21) days** of the service date of the motion, *see* S.D. Ohio Civ. R. 7.2(a)(2);

5. Final Pretrial Conference will be held before Judge Black **on Monday, September 13, 2004, at 10:00 a.m.**; and

6. The parties will be ready for Trial before Judge Black on **Monday, September 27, 2004, at 10:00 a.m.**

**IT IS SO ORDERED.**

Date:  6/7/04　　　　　　　　　　　　　　　s/Timothy S. Black
　　　　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge