| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Elinor Johnston*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  6-10-04 |
| 1. Article Addressed to:<br>Brian Johnston<br>610 Perimeter<br>Erlanger, KY 41018 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0002 6723 3333 |

PS Form 3811, August 2001        Domestic Return Receipt        Doc 28  01-275        SSB        102595-02-M-1540

