UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN JOHNSTON, | : | Civil Action No. C-1-01-275 |
| | : | |
| Plaintiff, | : | [Magistrate Jack Sherman, Jr.] |
| | : | |
| v. | : | **DEFENDANT'S NOTICE TO TAKE THE** |
| | : | **DEPOSITION OF PLAINTIFF, BRIAN** |
| PECK, HANNAFORD & BRIGGS SERVICE CORPORATION, | : | **JOHNSTON** |
| | : | |
| Defendant. | : | |

    PLEASE TAKE NOTICE that Defendant Peck, Hannaford & Briggs Service Corporation will conduct the oral examination, under oath and pursuant to Rule 30 of the Federal Rules of Civil Procedure, of Plaintiff Brian Johnston, before a notary qualified to administer oaths and to take and transcribe testimony. Examination of Mr. Johnston will be as on cross-examination and will commence at 10:00 a.m. on Friday, June 18, 2004. The deposition will be conducted at the office of Dinsmore & Shohl LLP, Suite 1900, 255 E. Fifth Street, Cincinnati, Ohio 45202, and will continue until completed.

/s/ M. Dave O'Guinn
Michael W. Hawkins (0012707)
M. Dave O'Guinn (0074378)
DINSMORE & SHOHL LLP
Suite 1900
255 E. Fifth Street
Cincinnati, OH  45202
Phone: (513) 977-8200
Fax: (513) 977-8141
E-mail: Michael.Hawkins@dinslaw.com
E-mail:  dave.oguinn@dinslaw.com

Counsel for Defendant, Peck, Hannaford & Briggs Service Corporation

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Plaintiff Pro-Se, Brian Johnston, 610 Perimeter Drive, #1, Erlanger, Kentucky 41018.

                                                              /s/ M. Dave O'Guinn

1023753.01