UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN JOHNSTON, | ) | Case Number: C-1-01-275 |
| | ) | |
| Plaintiff, | ) | (Magistrate Jack Sherman, Jr.) |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE PURSUANT TO FED. R.** |
| PECK, HANNAFORD & BRIGGS SERVICE CORPORATION, | ) | **CIV. P. 41** |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Brian Johnston and Defendant Peck, Hannaford & Briggs Service Corporation, on their own behalf or by their undersigned counsel, hereby stipulate that this Action shall be dismissed with prejudice. The Court reserves jurisdiction to the extent necessary to enforce the parties' settlement agreement. Each party will bear its own costs.

Dated this 21 day of June, 2004.

**SO STIPULATED:**

_____
Brian Johnston
610 Perimeter Drive
#1
Erlanger, KY 41018

Plaintiff Pro Se

_____
Michael W. Hawkins, Esq. (0012707)
M. Dave O'Guinn, Esq. (0074378)
Dinsmore & Shohl LLP
Suite 1900
255 E. Fifth Street
Cincinnati, OH 45202
(513) 977-8200

Counsel for Defendant, Peck, Hannaford & Briggs Service Corporation